JEFFREY KAPLAN, an Infant, by His Guardian ad Litem MURRAY KAPLAN, et al., Respondents, v. BARBARA L. WALTON et al., Respondents. JEFFREY KAPLAN, an Infant, by His Guardian ad Litem MURRAY KAPLAN, et al., Respondents, v. ST. ANDREWS EVANGELICAL LUTHERAN CHURCH, Appellant.—

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

NEIL A. KLEINBERG et al., Appellants, v. JOHN SPIEGELMAN, Respondent.

No opinion. Appeal from decision of said court dated April 4, 1967 dismissed, without costs. No appeal lies from a decision. Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.

. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McGUINNESS, Also Known as JOHN F. McGINNIS, Appellant.—

Beldock, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.